Dear Clerk,

Attached is a civil lawsuit I would like filed please.
Can you please mail me back a copy of your indigent
forum and my new case number? Also whatever type
of subpoena forum I need to serve them.
Thanks, Donald Seoane

P.S. I have a local address in your district but pleas
only use my address where I'm being held hostage he
with no bond to send me mail.